1  Paul J. Pimentel  - CSB #122124
2  TOMASSIAN, PIMENTEL & SHAPAZIAN
   A PROFESSIONAL LAW PARTNERSHIP
3  3419 W. Shaw Avenue
   Fresno, California  93711
4  (559) 277-7300 ● FAX (559) 277-7350

5  Attorneys for Plaintiff COMMUNITY HOME LOANS CORPORATION

6  David R. Medlin       (SBN 77417)
   G. Bradley Hargrave   (SBN 173911)
7  Joshua A. Rosenthal   (SBN 190284)
   MEDLIN & HARGRAVE
8  A Professional Corporation
   One Kaiser Plaza, Suite 445
9  Oakland, CA  94612
   Telephone:    (510) 832-2900
10 Facsimile:    (510) 832-2945

11 Attorneys for Defendant

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 COMMUNITY HOME LOANS CORPORATION,    Case No.: 1:05-cv-311LJO
   a licensed California Corporation,
17
              Plaintiff,                **ORDER FOR DISMISSAL**
18       vs.

19 MARK S. VANDERPOOL dba Community Home
   Loans, and Does 1-50, inclusive,
20
              Defendants.
21  _____/

22       IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with

23 prejudice pursuant to FRCP 41(a)(1) and the stipulation of the parties, attached hereto as Exhibit A.

24       IT IS SO ORDERED.

25 **Dated:    February 2, 2006**            /s/ Lawrence J. O'Neill
   66h44d                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

                                          1